**Order entered July 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00800-CV

## IN RE CALVIN ERVIN MCNAC, Relator

**Original Proceeding from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. X08-951-J**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. Because motions for leave to file writs of mandamus are not required in the Courts of Appeals, we **DENY** as moot relator's motion for leave to file a petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE